GIBBS & FUERST LLP
600 B STREET, SUITE 2300
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 702-3505
FACSIMILE (619) 702-1547

Michael T. Gibbs, State Bar No. 076519
Kevin L. Borgen, State Bar No. 176766

Attorneys for Defendants CITY OF CALEXICO/CALEXICO POLICE DEPARTMENT and OFFICER B. PORRAS

FILED
APR 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY

'08 CV 0771 W JMA

ORIGINAL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR CERVANTES,<br><br>Plaintiff,<br><br>vs.<br><br>CALEXICO POLICE DEPARTMENT, a public entity; Officer B. PORRAS, in his personal and professional capacity; and DOES 1 to 20, inclusive,<br><br>Defendants. | No.<br><br>**DEMAND FOR JURY TRIAL** |

Defendants CITY OF CALEXICO/CALEXICO POLICE DEPARTMENT and Officer B. PORRAS hereby demand trial by jury in this action.

DATED: April 23, 2008

GIBBS & FUERST

By: ______________________

MICHAEL T. GIBBS
KEVIN L. BORGEN
Attorneys for Defendants
CITY OF CALEXICO/CALEXICO
POLICE DEPARTMENT and
OFFICER B. PORRAS

| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA | | FOR COURT USE ONLY |
|---|---|---|
| TITLE OF CASE (Abbreviated)<br>CESAR CERVANTES v. CALEXICO POLICE DEPARTMENT, etc., et al. | | |
| ATTORNEY(S) NAME AND ADDRESS<br>Michael T. Gibbs, Esq., Bar No. 076519<br>Kevin L. Borgen, Esq., Bar No. 176766<br>GIBBS & FUERST<br>600 B Street, Suite 2300<br>San Diego, California 92101 | TELEPHONE<br>(619) 702-3505 | |
| ATTORNEY(S) FOR:<br>Plaintiff SORANUN BOOPPANON | HEARING DATE-TIME-DEPT<br><br>Trial Date: | CASE NUMBER<br><br>JUDGE ASSIGNED: |

## DECLARATION OF SERVICE

I, KAREN A. HERNANDEZ, declare: that I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to the action; and I am employed in the County of San Diego, California, within which county the subject service occurred. My business address is 600 'B' Street, Suite 2300, San Diego, California 92101. I served the following documents: DEMAND FOR JURY TRIAL of which the original document, or a true and correct copy, is attached, by placing a copy thereof in a separate envelope for each addressee named hereafter, addressed to each such addressee respectively as follows:

Leah M. Peer, Esq.
Donald R. Holben, Esq.
DONALD R. HOLBEN & ASSOCIATES
5030 Camino de la Siesta, Suite 350
San Diego, CA 92108
(619) 220-5555/FAX (619) 220-0033
Attorneys for Plaintiff CESAR CERVANTES

__XX__ (BY MAIL). On April 25, 2008, I caused such document(s) to be placed in an envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California. I am readily familiar with the practices of Gibbs & Fuerst for collection and processing of correspondence for mailing with the United States Postal Service, Federal Express and UPS. Such correspondence is deposited with the United States Postal Service, Federal Express, or UPS the same day in the ordinary course of business.

____ (BY PERSONAL SERVICE). I caused such document(s) to be placed in an envelope and delivered by hand to the business/home of the address.

_____ (BY TELECOPIER/FACSIMILE). I caused such document(s) to be telecopied/faxed to the following numbers:

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 25, 2008, at San Diego, California.

KAREN A. HERNANDEZ