cal____

**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

CASE NAME: Cervantes v. Calexico Police Department, et al.

CASE NO: 08-CV-0771-W (JMA)

HON. JAN M. ADLER

CT. DEPUTY RHEA RHONE

Present:

Plaintiff(s):

Defendant(s):

PROCEEDINGS: _____ In Chambers ______ In Court _____ Telephonic

This matter is hereby transferred from Magistrate Judge Jan M. Adler to Magistrate Judge Peter C. Lewis. The new case number is 08-CV-0771-W (PCL).

DATE: May 1, 2008

INITIALS: ____ Deputy