Leah M. Peer, Esq. (SBN 172335)
Donald R. Holben, Esq. (SBN 108401)
**DONALD R. HOLBEN & ASSOCIATES, APC**
5030 Camino de la Siesta, Suite 350
San Diego, CA 92108
Telephone: (619) 220-5555
Facsimile: (619) 220-0033

Attorneys for Plaintiff, CESAR CERVANTES

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CESAR CERVANTES,<br><br>Plaintiff,<br>v.<br><br>CALEXICO POLICE DEPARTMENT, a public entity; Officer B. PORRAS, in his personal and professional capacity; and DOES 1 through 20, Inclusive<br><br>Defendants. | **CASE NO.: 3:08-CV-0771 W (PCL)(aje)**<br><br>**PLAINTIFF'S DEMAND FOR JURY TRIAL** |

Plaintiff, CESAR CERVANTES, hereby demands trial by jury in this action.

Dated: May 5, 2008

DONALD R. HOLBEN & ASSOCIATES, APC

By: [signature]
Donald R. Holben, Esq.
Leah M. Peer, Esq.
Attorneys for Plaintiff,
CESAR CERVANTES

Cesar Cervantes v. Calexico Police Department, et al.
USDC, Southern District - Case No. 3:08-cv-00771-W (PCL)(aje)

## DECLARATION OF SERVICE

I, Linda Tschannen, declare:

I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to the action. I am employed in the County of San Diego, California, in which county the within-mentioned service occurred. My mailing address is 5030 Camino de la Siesta, Suite 350, San Diego, California 92108.

On **May 6, 2008**, I served a true and correct copy of the following document(s):

**PLAINTIFF'S DEMAND FOR JURY TRIAL**

on the parties in this in this action addressed as follows:

| | |
|---|---|
| Michael T. Gibbs, Esq.<br>Kevin L. Borgen, Esq.<br>GIBBS & FUERST, LLP<br>600 B Street, Suite 2300<br>San Diego, CA 92101<br>Telephone: (619) 702-3505<br>Facsimile: (619) 702-1547 | ***Attorney for Defendants***<br>***CITY OF CALEXXICO/CALEXICO POLICE DEPARTMENT and OFFICER B. PORRAS*** |

✔ **BY MAIL:** I placed true copies of the above-referenced documents in sealed envelopes addressed as indicated above. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same date of this Declaration, in the ordinary course of business.

___ **BY FACSIMILE**: I served a correct copy of the above-described document, via facsimile transmission, on the above-referenced recipient designated to receive by fax, pursuant to California Rules of Court, Rule 2.306. No error was reported by the fax machine that I used. The original of the record of the transmission is maintained by our office.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on **May 6, 2008**, at San Diego, California.

LINDA TSCHANNEN    Linda Tschannen