**GIBBS & FUERST** LLP
600 B STREET, SUITE 2300
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 702-3505
FACSIMILE (619) 702-1547

Michael T. Gibbs, State Bar No. 076519
Kevin L. Borgen, State Bar No. 176766

Attorneys for Defendants CITY OF CALEXICO/CALEXICO POLICE DEPARTMENT and OFFICER B. PORRAS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR CERVANTES,<br><br>Plaintiff,<br><br>vs.<br><br>CALEXICO POLICE DEPARTMENT, a public entity; Officer B. PORRAS, in his personal and professional capacity; and DOES 1 to 20, inclusive,<br><br>Defendants. | No. 08-cv-0771-W-PCL(aje)<br><br>**NOTICE TO PLAINTIFF CESAR CERVANTES OF REMOVAL OF ACTION TO FEDERAL COURT AS CASE NO. 08-cv-0771-W-PCL(aje)** |

**TO PLAINTIFF CESAR CERVANTES AND HIS COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, on April 28, 2008, defendants CITY OF CALEXICO/CALEXICO POLICE DEPARTMENT and Officer B. PORRAS filed with the United States District Court for the Southern District of California, a Notice of Removal of Action under 28 U.S.C. § 1441(b).

///

///

///

A copy of the filed Notice of Removal is attached hereto as Exhibit “1,” and is served and filed herewith.

DATED: May 9, 2008

GIBBS & FUERST

By: /s/
MICHAEL T. GIBBS
KEVIN L. BORGEN
Attorneys for Defendants
CITY OF CALEXICO/CALEXICO
POLICE DEPARTMENT and
OFFICER B. PORRAS