**GIBBS & FUERST** LLP
600 B STREET, SUITE 2300
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 702-3505
FACSIMILE (619) 702-1547

Michael T. Gibbs, State Bar No. 076519
Kevin L. Borgen, State Bar No. 176766

Attorneys for Defendants CITY OF CALEXICO/CALEXICO POLICE DEPARTMENT and OFFICER B. PORRAS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR CERVANTES,<br><br>Plaintiff,<br><br>vs.<br><br>CALEXICO POLICE DEPARTMENT, a public entity; Officer B. PORRAS, in his personal and professional capacity; and DOES 1 to 20, inclusive,<br><br>Defendants. | No. 07-cv-0771-W-PCL(aje)<br><br>**CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT** |

KAREN HERNANDEZ certifies and declares as follows:

I am over the age of 18 years and not a party to this action.

My business address is 600 B Street, Suite 2300, which is located in the City of San Diego, County of San Deigo and State of California, where the mailing described below took place.

On May 9, 2008, I deposited in the United States Mail at San Deigo, California a copy of the Notice to Plaintiff Cesar Cervantes dated May 9, 2008, a copy of the Notice to Plaintiff Cesar Cervantes is attached to this Certificate. The Notice to Plaintiff Cesar Cervantes was addressed and served on plaintiff's attorney as follows:

Leah M. Peer, Esq.
Donald R. Holben, Esq.
DONALD R. HOLBEN & ASSOCIATES
5030 Camino de la Siesta, Suite 350
San Diego, CA 92108

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9th day of May, 2008.

__________/s/_____________________
KAREN HERNANDEZ