UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CESAR CERVANTES**,<br><br>Plaintiff,<br><br>v.<br><br>**CALEXICO POLICE DEPARTMENT**, a public entity; **B. PORRAS**, a police officer, in his personal and official capacity; and **DOES 1 to 20**, inclusive,<br><br>Defendants. | Civil No. 08cv771 W (PCL)<br><br>ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE |

On June 19, 2008, at 2:00 p.m. the Court convened an Early Neutral Evaluation Conference (ENE) in the above-entitled action. Appearing were Donald R. Holben on behalf of plaintiff and Michael T. Gibbs on behalf of defendants.

Settlement of the case could not be reached at the ENE and the Court therefore discussed compliance with Federal Rule of Civil Procedure, Rule 26. Based thereon, the court issues the following orders:

1. Any objections made to initial disclosure pursuant to Federal Rule of Civil Procedure, Rule 26(a)(1)(A-D) are overruled,

and the parties are ordered to proceed with the initial disclosure process. Any further objections to initial disclosure will be resolved as required by Rule 26.

2. The Rule 26(f) conference shall be completed before July 25, 2008;

3. The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur before August 8, 2008;

4. A discovery plan shall be lodged with Magistrate Judge Lewis on or before August 13, 2008; and,

5. A Case Management Conference, pursuant to Federal Rule of Civil Procedure 16(b) shall be held on August 21, 2008, at 10:30 a.m., in the chambers of Magistrate Judge Peter C. Lewis.

Failure of any counsel or party to comply with this Order will result in the imposition of sanctions.

IT IS SO ORDERED.

DATED: July 9, 2008

Peter C. Lewis
U.S. Magistrate Judge
United States District Court