GIBBS & FUERST LLP
600 B STREET, SUITE 2300
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 702-3505
FACSIMILE (619) 702-1547

Michael T. Gibbs, State Bar No. 076519
Kevin L. Borgen, State Bar No. 176766

Attorneys for Defendants CITY OF CALEXICO/CALEXICO POLICE DEPARTMENT and OFFICER B. PORRAS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR CERVANTES,<br><br>Plaintiff,<br><br>vs.<br><br>CALEXICO POLICE DEPARTMENT, a public entity; Officer B. PORRAS, in his personal and professional capacity; and DOES 1 to 20, inclusive,<br><br>Defendants. | No. 08-cv-0771-W-PCL(aje)<br><br>**[PROPOSED] JOINT RULE 26(f) REPORT** |

Pursuant to Federal Rules of Civil Procedure 26(f), counsel for Plaintiff Cesar Cervantes ("Plaintiff") and Defendants City of Calexico/Calexico Police Department and Officer B. Porras ("Defendants") met and conferred on or about April 21, 2008, and July 17, 2008.

In compliance with Federal Rules of Civil Procedure, Rule 26(f) and the Court's Order Following 6/19/2008 Early Neutral Evaluation Conference, the parties, through their respective counsel, submit the following report.

///

1. **Factual Summary**

Plaintiff filed the instant lawsuit in the Superior Court for the County of Imperial on March 6, 2008, alleging causes of action for battery; false imprisonment; negligence; intentional infliction of emotional distress; and depravation of rights under color of state law pursuant to 42 U.S.C. § 1983. Defendants removed the case to the U.S. District Court.

In support of his causes of action, Plaintiff alleges that on, June 12, 2007, he was stopped, tasered, arrested, and imprisoned without justification. Defendants deny any wrongdoing.

2. **Principal Issues in the Case**

(a) Whether Defendant Officer B. Porras is liable to Plaintiff under California law for the alleged June 12, 2007 stop, tasering, arrest, or imprisonment of Plaintiff;

(b) Whether Defendant City of Calexico/Calexico Police Department is liable to Plaintiff under California law for the alleged June 12, 2007 stop, tasering, arrest, or imprisonment of Plaintiff;

(c) Whether Defendant Officer B. Porras is liable to Plaintiff pursuant to 42 U.S.C. § 1983;

(d) Whether Defendant City of Calexico/Calexico Police is liable to plaintiff pursuant to 42 U.S.C. § 1983; and

(e) Plaintiff's alleged injuries.

3. **Additional Parties and Amendments to Pleadings**

The parties do not anticipate naming any additional parties, nor do they anticipate amending the pleadings at this time.

///

///

4. **Law and Motion**

Summary Judgment

Defendants anticipate filing a motion for summary judgment and/or partial summary judgment.

Motions in Limine

The parties agree motions in limine should be heard at the Final Pre-Trial Conference.

5. **Settlement Discussions; Settlement Procedure**

Plaintiff is presently formulating a settlement offer. The parties agree that they will be in a better position to assess the likelihood of settlement once witness depositions have been completed and when both parties have had the opportunity to review medical documentation relevant to Plaintiff's injury claims.

6. **Discovery Plan**

(a) The parties will exchange initial disclosure documents to Rule 26(a) of the Federal Rules of Procedure, on or before September 4, 2008. The parties further agree to meet and confer on or before September 11, 2008, with respect to the need for supplemental disclosures. Neither party shall propound discovery before said conference.

(b) The parties agree that no changes need to be made in the timing, form, or requirement for disclosure under Rule 26(a).

(c) The parties do not anticipate unusual legal issues in this case.

(d) Discovery need not be conducted in phases or otherwise ordered or limited.

(e) Both parties will serve written discovery.

(f) The parties anticipate that the depositions of

Plaintiff, Plaintiff's spouse, Plaintiff's daughter, Officer B. Porras, and a PMK regarding the Calexico Police Department Taser policy will take place in September and October of 2008.

(g) The parties are informed and believe that Calexico Police Officer Tim McEntire witnessed some events relevant to the June 12, 2007 incident underlying Plaintiff's lawsuit. Defendants are informed and believe that Officer McEntire is on military deployment, which is expected to last 18 months. Defendants will supply further information regarding the availability of Officer McEntire when it is obtained.

7. **Trial by Court/Jury**

The parties demand a jury trial. The parties have preliminarily estimated the time required for trial at 5 days.

8. **Other Issues Affecting Case Management**

The parties have agreed that this matter is not complex and the procedures contained in the Manual for Complex Litigation need not be utilized.

DATED: July 25, 2008

DONALD R. HOLBEN & ASSOCIATES

By: Leah M. Peer

DONALD R. HOLBEN
LEAH M. PEER
Attorneys for Plaintiff CESAR CERVANTES

DATED: July ~~17~~ 25, 2008

GIBBS & FUERST, LLP

By: Kevin Borgen

MICHAEL T. GIBBS
KEVIN L. BORGEN
Attorneys for Defendants CITY OF CALEXICO/CALEXICO POLICE DEPARTMENT and OFFICER B. PORRAS

*Cervantes v. Calexico Police Department, et al.* CASE NO. 08cv0771-W-PCL(aje)

## CERTIFICATE OF ELECTRONIC SERVICE

I certify that on **July 25, 2008**, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following:

Michael T. Gibbs, Esq.
Kevin L. Borgen, Esq.
GIBBS & FUERST LLP
Email: **mgibbs@gibbsandfuerst.com**

DONALD R. HOLBEN & ASSOCIATES, APC

/s/ Leah M. Peer
LEAH M. PEER
Attorneys for Plaintiff, CESAR CERVANTES