UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR CERVANTES,<br><br>                             Plaintiff,<br><br>  v.<br><br>CALEXICO POLICE DEPARTMENT, et al.,<br><br>                           Defendants. | CASE NO: 08-CV-0771 W (PCL)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS LAWSUIT WITH PREJUDICE [DOC. NO. 19]** |

Pending before the Court is a joint motion to dismiss the entire lawsuit with prejudice. Having read and considered the moving papers and good cause appearing, the Court **GRANTS** the motion (Doc. No. 19), and **DISMISSES WITH PREJUDICE** this action.

**IT IS SO ORDERED.**

DATE: April 24, 2009

HON. THOMAS J. WHELAN
United States District Court
Southern District of California